1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Wayne A. Silver, Esq. (SBN 108135)
   333 W. El Camino Real, Suite 310
8  Sunnyvale, CA 94807
   (408) 720-7007
9  (408) 720-7001 – Facsimile
10 w_silver@sbcglobal.net

11

12                        UNITED STATES DISTRICT COURT

13                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 GIL CROSTHWAITE and RUSS BURNS, in          Case No.:  C09-5595 CRB
   their respective capacities as Trustees of the
15 OPERATING ENGINEERS' HEALTH AND             **JOINT CASE MANAGEMENT**
   WELFARE TRUST FUND, et. al.                 **CONFERENCE STATEMENT / REQUEST**
16                                             **TO CONTINUE**
                  Plaintiffs,
17                                             Date: March 5, 2010
            v.                                 Time: 8:30 a.m.
18                                             Judge: Honorable Charles Breyer
   RAISCH COMPANY, *dba* RAISCH               Ctrm. Courtroom 8, 19th Floor
19 PRODUCTS, a California Corporation; A. J.
   RAISCH PAVING CO.,
20
                  Defendants.
21                                                    **ORDER**

22
            The Parties hereby submit their Joint Case Management Statement, requesting that the
23
   Case Management Conference be continued for 90-120 days.
24
            1.      There is little to no dispute that over the amount of money owed by Defendants to
25
   the Plaintiffs pursuant to the terms of their Collective Bargaining Agreements. The main issue,
26
   which is currently being addressed by the parties is relative to the financial condition of the
27
   defendant.
28

P:\CLIENTS\OE3CL\Raisch\Pleadings\C09-5595 CRB - Joint CMC Statement.DOC

2.      All assets of the Defendant companies are secured by a lien in favor of a lender. The principals of the Defendant companies are working with the lender to sell various pieces of equipment to pay off what is owed, while retaining some funds to pay other debts including the debt owed to the Plaintiffs.

3.      Both parties are in general agreement to enter into a hybrid Stipulated Judgment and Settlement Agreement, working with the lender to have certain amounts paid to Plaintiffs in settlement of a portion of the claims made herein. The terms of this agreement are being discussed at the current time.

4.      The parties participated in an ADR telephone conference on March 2, 2010, to discuss how to move forward. The ADR staff attorney was in agreement that a referral to mediation to take place at a later date in the event that the matter does not resolve is the best way to handle this matter. The recommendation to the Court should be filed by the ADR attorney in the next day or two.

5.      Based on the foregoing, there are no issues to discuss at the upcoming Case Management Conference. Accordingly, the parties respectfully request that it be continued for 90-120 days to allow this matter to either resolve informally, or to allow the parties to participate in mediation if required.

Dated: March 2, 2010                    **SALTZMAN & JOHNSON**
                                        **LAW CORPORATION**


                                        By: _____/s/_____
                                            Michele R. Stafford
                                            Attorneys for Plaintiffs


Dated: March 2, 2010                    **WAYNE A. SILVER**


                                        By: _____/s/_____
                                            Wayne A. Silver
                                            Attorneys for Defendants

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case Management Conference continued to June 11, 2010 @ 8:30 a.m.**