| | |
|---|---|
| 1 | Muriel B. Kaplan, Esq. (SBN 124607) |
|   | Michele R. Stafford, Esq. (SBN 172509) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
|   | mkaplan@sjlawcorp.com |
| 5 | mstafford@sjlawcorp.com |

6  Attorneys for Plaintiffs

7  Wayne A. Silver, Esq. (SBN 108135)
8  333 W. El Camino Real, Suite 310
   Sunnyvale, CA 94807
9  (408) 720-7007
   (408) 720-7001 – Facsimile
10 w_silver@sbcglobal.net

11

12                      UNITED STATES DISTRICT COURT

13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>RAISCH COMPANY, *dba* RAISCH PRODUCTS, a California Corporation; A. J. RAISCH PAVING CO.,<br><br>Defendants. | Case No.:  C09-5595 CRB<br><br>~~JOINT CASE MANAGEMENT CONFERENCE STATEMENT~~ / REQUEST TO CONTINUE   ORDER<br><br>Date: July 2, 2010<br>Time: 8:30 a.m.<br>Judge: Honorable Charles Breyer<br>Ctrm. Courtroom 8, 19th Floor |

The Parties hereby submit their Joint Case Management Statement, requesting that the Case Management Conference be continued for approximately 60 days.

1.  As the Court is aware from the parties' last filing, there is little to no dispute that over the amount of money owed by Defendants to the Plaintiffs pursuant to the terms of their Collective Bargaining Agreements. The main issue that has precluded settlement to date is relative to the financial condition of the defendant.

1    2.   All assets of the Defendant companies are secured by a lien in favor of a lender. The principals of the Defendant companies have been working with the lender to sell various pieces of equipment to pay off what is owed, while retaining some funds to pay other debts including the debt owed to the Plaintiffs.

3.   The parties participated in an ADR telephone conference on March 2, 2010, to discuss how to move forward. The ADR staff attorney was in agreement that a referral to mediation to take place at a later date in the event that the matter does not resolve is the best way to handle this matter.

4.   <u>The Defendant recently made a settlement offer to Plaintiffs, which is currently being evaluated. The parties expect this matter to resolve shortly without the need for mediation</u>. Due to the financial condition of the Defendant, both parties request that the Case Management Conference be continued so not to incur the additional expense.  Accordingly, the parties respectfully request that it be continued for approximately 60 days to allow this matter to either resolve informally, or to allow the parties to participate in mediation if required.

Dated: June 24, 2010                **SALTZMAN & JOHNSON**
                                    **LAW CORPORATION**


                                    By: _____/s/_____
                                        Michele R. Stafford
                                        Attorneys for Plaintiffs


Dated: June 24, 2010                **WAYNE A. SILVER**


                                    By: _____/s/_____
                                        Wayne A. Silver
                                        Attorneys for Defendants


    The case management conference is continued to September 3, 2010 at 8:30 a.m..

P:\CLIENTS\OE3CL\Raisch\Pleadings\C09-5595 CRB - Joint CMC Statement 062410.DOC

IT IS SO ORDERED
Judge Charles R. Breyer