Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

Wayne A. Silver, Esq. (SBN 108135)
333 W. El Camino Real, Suite 310
Sunnyvale, CA 94807
(408) 720-7007
(408) 720-7001 – Facsimile
w_silver@sbcglobal.net

Attorney for Defendants, RAISCH COMPANY, *dba*
RAISCH PRODUCTS, a California Corporation;
A. J. RAISCH PAVING CO.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et. al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RAISCH COMPANY, *dba* RAISCH PRODUCTS, a California Corporation; A. J. RAISCH PAVING CO.,<br><br>    Defendants. | Case No.:  C09-5595 CRB<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION**<br><br>**[ADR LR 6-4]** |

    The Court has read and reviewed the Stipulation To Extend Deadline To Complete

Mediation ("Stipulation") among counsel for the above-captioned Parties. Good cause appearing,

1 the Stipulation is APPROVED. The mediation deadline is hereby extended to April 1, 2011.

2 Dated: _____January 18_, 2011   _____

3 HON. CHARLES R. BREYER, U.S. DISTRICT COURT JUDGE

